817 F.2d 30
 43 Fair Empl.Prac.Cas. 1273,
43 Empl. Prac. Dec. P 37,247
CLEVELAND NEWSPAPER GUILD, LOCAL 1, NEWSPAPER GUILD,
AFL-CIO, CLC, et al., Plaintiffs-Appellants,
v.
The PLAIN DEALER PUBLISHING COMPANY, Defendant-Appellee.
 No. 86-3140.
 United States Court of Appeals,
Sixth Circuit.
 April 29, 1987.
 
 George W. Palda, Berkman, Gordon, Murray & Palda, Cleveland, Ohio, for plaintiffs-appellants.
 Karen B. Newborn, Baker & Hostetler, Cleveland, Ohio, Elliot S. Azoff, for defendant-appellee.
 Prior Report: 813 F.2d 101.
 Before LIVELY, Chief Judge, ENGEL, KEITH, MERRITT, KENNEDY, MARTIN, JONES, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN, BOGGS and NORRIS, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this Court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as practicable.